UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CLEVON WILLIAMS, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | No. 1:10-cv-1584-LJM-TAB |
| ) | |
| UNITED STATES OF AMERICA ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date: 01/27/2011

Laura Briggs, Clerk
United States District Court

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

By: Deputy Clerk

Distribution:

Gerald A. Coraz
UNITED STATES ATTORNEY'S OFFICE
gerald.coraz@usdoj.gov

Clevon Williams
Reg. No. 08269-028
Ashland Federal Correctional Institution
P.O. Box 6001
Ashland, KY 41105